706

No. 666, October Term, 1940.  DETROLA RADIO & TELE-
VISION CORP. *v.* HAZELTINE CORPORATION.  See *ante,*
p. 576.

No. 90, October Term, 1940.  CARLOTA BENITEZ SAM-
PÁYO *v.* BANK OF NOVA SCOTIA.  October 13, 1941.  The
motion for an extension of time to file a supplement to
the petition for rehearing and the motion to recall the
mandate are denied.  The petition for rehearing is denied.
The CHIEF JUSTICE took no part in the consideration and
decision of these applications.  313 U. S. 270.

No. 910, October Term, 1940.  SHUSHAN *v.* UNITED
STATES;
No. 911, October Term, 1940.  NEWMAN ET AL. *v.*
UNITED STATES;
No. 912, October Term, 1940.  MILLER *v.* UNITED
STATES; and
No. 913, October Term, 1940.  WAGUESPACK *v.* UNITED
STATES.  October 13, 1941.  The petitions for rehearing
are denied.  MR. JUSTICE MURPHY took no part in the
consideration and decision of these applications.  313
U. S. 574.

No. 938, October Term, 1940.  ORWITZ *v.* BOARD OF
DENTAL EXAMINERS OF CALIFORNIA.  October 13, 1941.
The motion for a writ of certiorari to correct a diminution
of the record is granted.  Treating the paragraph which